■ The People of the State of New York, Respondent, v Ivan Miller, Appellant. — Appeal from judgment of resentence, Supreme Court, New York County (Eve Preminger, J.), rendered on January 22, 1981, unanimously dismissed, as the issue has previously been determined. (See 82 AD2d 1019.) No opinion. Concur — Sandler, J. P., Sullivan, Carro, Fein and Alexander, JJ.